## TASKS PERFORMED BY TRUSTEE

The Trustee filed a Motion To Authorize Settlement, which was granted in connection with equity in the debtor's former residence. No tax returns were required.

The Trustee prepared this Final Report and will appear in Joliet for a final hearing. The Trustee will issue distribution checks to creditors entitled to same. The Trustee will prepare a new distribution report after the final hearing is conducted. The Trustee will prepare a Final Account when all checks have cleared.

**Exhibit A**