**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>**FRANZEN, WILLIAM E**<br><br>**Debtor(s)** | **CHAPTER 7 CASE**<br><br>**CASE NO. 07-11030 BL**<br><br>**JUDGE Bruce W. Black(Joliet)** |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:  **U.S. BANKRUPTCY COURT
   WILL COUNTY COURT ANNEX BUILDING
   57 NORTH OTTAWA STREET ROOM 201
   JOLIET, ILLINOIS 60432**

   On:  **DECEMBER 12, 2008**

   At:  **9:15 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                    $        15,019.72

   b. Disbursements                               $              0.00

   c. Net Cash Available for Distribution         $        15,019.72

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $2,251.97 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,662.86 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 87.08%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 4 | Kimberly Clark | $ 14,662.86 | $ 12,767.75 |

7. Claims of general unsecured creditors totaling $12,602.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Sallie Mae | $ 3,899.30 | $ 0.00 |
| 3 | Roundup Funding, LLC | $ 8,703.50 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant

       to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.       Debtor has been discharged.

11.       The Trustee proposed to abandon the following property at the hearing:


Dated: **NOVEMBER 10, 2008**       For the Court,


       By **KENNETH S. GARDNER**
         Kenneth S. Gardner
         Clerk of the United States Bankruptcy Court
         219 S. Dearborn Street; 7th Floor
         Chicago, IL  60604

Trustee:  MICHAEL G. BERLAND
Address:  1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
Phone No.:  (312) 855-1272

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: sward                  Page 1 of 1                  Date Rcvd: Nov 10, 2008
Case: 07-11030                 Form ID: pdf002              Total Served: 34

The following entities were served by first class mail on Nov 12, 2008.
 db          +William E Franzen,    204 S Prairie Road #105,    New Lenox, IL 60451-1863
 aty         +Karen Walin,    Law Office of Karen Walin,    13161 W 143rd Street,    #102,
               Homer Glen, IL 60491-6670
 tr          +Michael G Berland,    1 N LaSalle St,    No.1775,    Chicago, IL 60602-4065
11434050     +Aarow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
11434052      Associated Radiologists Of Jol,    39069 Treasury Center,    Chicago, IL  60694-9000
11434053      Bank Of America,    PO Box 1758,    Newark, NJ  07101-1758
11434054     +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
11434055     +Bk Of Amer,    475 Crosspoint Pkwy,    Getzville, NY 14068-1609
11434056     +Capital 1 Bk,    11013 W Broad St,    Glen Allen, VA 23060-5937
11434057     +Capital One Bank,    C/O Blatt Hasenmiller Leibsker,    125 S Wacker Dr Suite 400,
               Chicago, IL 60606-4424
11434058     +Cda/pontiac,    415 E Main Pob 213,    Streator, IL 61364-0213
11434059      Chase,    Cardmember Sercice,    P O Box 15153,    Wilmington, DE  19886-5153
11434060     +Chicago Tribune,    435 S Michigan,    Chicago, IL 60605
11434061     +Creditors Discount & A,    331 Fulton St Ste 535,    Peoria, IL 61602-1469
11434062     +Educational Placement Service,    630 Southpointe Court Ste 106,    Colorado Springs, CO 80906-3800
11434063     +Emcc/holder Of Hsbc,    33 Riverside Dr,    Pembroke, MA 02359-1951
11448669     +Ford Motor Credit Company LLC,    P.O. Box 537901,    Livonia, MI 48153-7901
11516529     +Ford Motor Credit Company LLC,    Drawer 55-953,    P.O. Box 55000,    Detroit, MI 48255-0001
11434064     +Ford Motor Credit Corporation,    Po Box Box 542000,    Omaha, NE 68154-8000
11434048     +Franzen William E,    204 S Prairie Road #105,    New Lenox, IL 60451-1863
11843912     +Kimberly A. Clark,     c/o Krockey, Cermugel,,     Cowgill & Clark Ltd,    3100 Theodore Street, #101,
               Joliet, IL 60435-8562
11434067     +Kimberly Franzen,    608 East Joliet Hwy,    New Lenox, IL 60451-1916
11434068      Kohls/Chase,    Kohls Payment Center,    P O Box 2983,    Milwaukee, WI  53201-2983
11434049     +Law Office Of Karen Walin,    13161 W 143rd Street Suite 102,    Homer Glen, IL 60491-6670
11434069     +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
11434070     +Pioneer Credit Recovery,    C/O Gary Underwood,    515 Oliver Street Ste 800,
               St Louis, MO 63101-1835
11742539     +Sallie Mae,    c/o Sallie Mae Inc,    220 Lasley Avenue,    Wilkes-Barre, Pa 18706-1496
11434071     +Sallie Mae Servicing,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
11434072     +Unifund,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846

The following entities were served by electronic transmission on Nov 11, 2008.
11434051     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                                    Asset Acceptance,
               Po Box 2036,    Warren, MI 48090-2036
11434065     +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2008 02:48:14     Gemb/JCP,    P O Box 981284,
               El Paso, TX 79998-1284
11434066     +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2008 02:48:14     Gemb/lundstrom,    Po Box 981439,
               El Paso, TX 79998-1439
11815552      E-mail/PDF: rmscedi@recoverycorp.com Nov 11 2008 02:48:50
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11835072      E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Nov 11 2008 02:48:51     Roundup Funding, LLC,
               MS 550,    PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2008**                    **Signature:** *Joseph Speetjens*